**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

J. DENNIS STACEY, and
PELHAM L. JACKSON,
    Plaintiffs,

Case Number 3:13-cv-00113-RRB

v.

Sally Jewell, in her capacity
as Secretary of the Interior;
Bureau of Land Management; and
Interior Board of Land Appeals,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u> X </u> **DECISION BY COURT**. This action came before the court. The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the decision of the Secretary of the Interior in United States v. J. Dennis Stacey and Pelham L. Jackson, IBLA 2004-204, 171 IBLA 170(2007) is hereby **AFFIRMED**.

APPROVED:

s/RALPH R. BEISTLINE
United States District Judge

Date: March 4, 2015

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

MARVEL HANSBRAUGH
Marvel Hansbraugh,
Clerk of Court